UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Robyn Wendy KITT**<br>**AKA: Robin Lynn MARTIN**<br>**AKA: Stephanie Anne DAVICH**<br><br>Defendant. | **'08 MJ 1790**<br>Magistrate Case No._____<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 18, U.S.C., Section 1542<br>False Statement(s) in Application and Use of a U.S. Passport |

The undersigned complainant being duly sworn states:

On or about **June 6, 2007**, within the Southern District of California, defendant **Robyn Wendy KITT AKA: Robin Lynn MARTIN AKA: Stephanie Anne DAVICH**, did knowingly and willfully provide false statements on an application for a U.S. Passport, with the intent to induce and secure the issuance of a U.S. Passport under the authority of the United States in the following manner, to wit: Defendant completed U.S. Passport Application (form DSP-11) in which she claimed to be **Stephanie Anne DAVICH**, a United States Citizen born in **Lancaster, California** on **August 30, 1965**, and attempted to use the United States passport (433084910) to facilitate entry into the United States, knowing full well that she is not Stephanie Anne Davich, a United States Citizen, entitled to a U.S. Passport, in violation of Title 18, United States Code, Section 1542.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS **9th** DAY OF **June, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Heather Ramos, declare under penalty of perjury the following to be true and correct:

On June 6, 2008, at approximately 1915 hours, **Robyn Wendy KITT** (a.k.a. Robin Lynn Martin, Stephanie Anne Davich), **(Defendant)** applied for admission into the United States from Mexico through the San Ysidro, California Port of Entry Pedestrian facility.

Defendant presented herself for inspection before a Customs and Border Protection Officer, presented a genuine United States Passport bearing the Defendant's photograph with the name of Stephanie Anne Davich as proof of citizenship, and gave a negative Customs declaration. Automated system queries indicated a computer generated referral issued by the Department of State. The computer generated referral indicated that the Defendant assumed the identity of a deceased infant.

During secondary inspection, a complete set of fingerprints were obtained from the Defendant and were compared with fingerprint records contained in the Integrated Automated Fingerprint Identification System (IAFIS) and Automated Biometric Identification System (IDENT). A positive match was obtained, confirming Defendant's identity and linking her to FBI records and various aliases.

Defendant was advised of her Miranda rights, acknowledged her rights and agreed to submit to questioning without benefit of counsel. During a videotape proceeding, Defendant denied using any other aliases, and claimed to be Stephanie Anne Davich. Defendant denied ever applying for any immigration benefits, i.e. work permits and or visas for any country including the U.S. besides her United States Passport and State of Tennessee Driver License. Defendant claimed to have completed and signed a U.S. passport application and was issued her passport after presenting her birth certificate. Defendant claimed to have lived and worked in Ireland for approximately fifteen (15) years but denied ever receiving a work visa. Defendant denied ever having a criminal record and stated that she has not been detained or convicted of any crimes and has not received anything other than a parking ticket.

On or about October 9, 2007 Defendant applied for a United States Passport with her photograph and birth certificate with the name of Stephanie Anne Davich. On or about October 10, 2007 Defendant was issued a genuine United States Passport under the name Stephanie Anne Davich. Records indicate that the information used to obtain the United States Passport belongs to a deceased individual that died two months after birth.

Executed on this 8th day of June, 2008 at 1000 hours.

_____
Heather Ramos / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of **1** page, I find probable cause to believe that the defendant named therein committed the offense on **June 6, 2008** in violation of Title 18, United States Code, Section 1542, False Statement(s) in Application and Use of a United States Passport.

_____                    6/8/2008 at 2:45 p.m.
MAGISTRATE JUDGE                              DATE / TIME

TOTAL P.03