AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                                         DISTRICT OF                                         CALIFORNIA

**APPEARANCE**

Case Number: 08mj1790

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ROBYN WENDY KITT

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6/11/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD    228083 |
| | Print Name                                    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City            State            Zip Code |
| | (619) 234-8467            (619) 687-2666 |
| | Phone Number                              Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj1790 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBYN WENDY KITT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101


Dated:  June 11, 2008          */s/  John  C.  Ellis, Jr.*
                    JOHN C. ELLIS, JR.
                    Federal Defenders
                    225 Broadway, Suite 900
                    San Diego, CA 92101-5030
                    (619) 234-8467  (tel)
                    (619) 687-2666  (fax)
                    john_ellis@fd.org